✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ ARKANSAS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| DAWOND A. PICKNEY | Case Number: | 1:99CR10005-001 |
|---|---|---|
| | USM Number: | 05865-010 |

William A. McLean
Defendant's Attorney

## THE DEFENDANT:

X   pled guilty to violation of condition(s)  New Law Violation (5/12/08) ; Standard Drug Condition; Special Condition #1; Standard Condition(s) #3 and #9 of the term of supervision.

X   was found in violation of condition(s)  New Law Violation (3/15/08)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Arrested by Hot Springs, AR Police Dept. 3/15/2008 for Possession of Controlled Substance (Crack Cocaine) | 3/15/2008 |
| New Law Violation | Arrested by Hot Springs, AR Police Department for Fleeing 5/12/2008 | 5/12/2008 |
| Standard Condition #3 | Failure to Answer Truthfully & Follow Instructions of Probation Officer on 9/18, 9/29/2008 | 9/18/2008 |
| Standard Condition #9 | Failure to Refrain from Associating with Persons Involved in Criminal Activity on 3/15/2008 | 3/15/2008 |
| Standard Drug Condition | Failure to Abstain from Use of Controlled Substances on 03/15, 3/18, 5/17,  6/23 and 09/29/2008 | 9/29/2008 |

The defendant is sentenced as provided in pages 2 through      5    of this judgment.  The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐   The defendant has not violated condition(s) _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    XXX-XX-4893

Defendant's Date of Birth:    XX/XX/1978

Defendant's Residence Address:

XXXXXXXXXXXXXXXXXXXXX

Hot Springs, AR 71902

Defendant's Mailing Address:

Same as above

October 17, 2008
Date of Imposition of Judgment

/S/ Harry F. Barnes
Signature of Judge

Honorable Harry F. Barnes, United States District Judge
Name and Title of Judge

November 3, 2008
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1A

DEFENDANT:        DAWOND A. PICKNEY
CASE NUMBER:      1:99CR10005-001

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
| --- | --- | --- |
| Special Condition #1 | Failure to Report for Drug Testing on: 4/24, 7/1, 7/17, 7/22 9/9/2008 | 9/9/2008 |
| Special Condition #1 | Attempting to Evade Urinalysis Testing on: 5/13, 6/12, 7/2, 8/7, 9/8 and 9/26/2008 | 9/26/2008 |
| Special Condition #1 | Failure to Attend Substance Abuse Counseling Sessions as directed by the U.S. Probation Officer. | 9/29/2008 |
| Standard Condition #9 | Associating with persons convicted of a felony without the permission of the U. S. Probation Officer on 9/12 and 9/29/2008. | 9/29/2008 |

(Rev. 12/03 Judgment in a Criminal Case for Revocation)
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___5___

DEFENDANT:      DAWOND A. PICKNEY
CASE NUMBER:    1:99CR10005-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **twenty-four (24) months.**  No supervision will follow term of imprisonment.

X  The court makes the following recommendations to the Bureau of Prisons:
The defendant shall participate in a substance abuse treatment program.

X  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.   on _____ .

as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____  to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    Case 1:99-cr-10005-HFB   Document 106    Filed 11/04/08   Page 4 of 5 PageID #: 22
        (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT:          DAWOND A. PICKNEY
CASE NUMBER:        1:99CR10005-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ - 0 - | $   5,000.00* | $  - 0 - |

*Balance owed on original fine is $4,315.39

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |

| **TOTALS** | $ _____ | $ _____ |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the   X  fine   ☐  restitution.

   ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| DEFENDANT: | DAWOND A. PICKNEY |
| CASE NUMBER: | 1:99CR10005-001 |

Judgment — Page   5   of   5  

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  X  Lump sum payment of $   $4,315.39   due immediately, balance due

    ☐  not later than        , or
    X  in accordance with   ☐  C,   ☐  D,   ☐  E, or   X  F below); or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal      (e.g., weekly, monthly, quarterly) installments of $      over a period of      (e.g., months or years), to commence      (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal      (e.g., weekly, monthly, quarterly) installments of $      over a period of      (e.g., months or years), to commence      (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within      (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25.00 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.